## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SOMETHING SWEET INC, | Case No. 21-10993-CSS |
| Debtors. | (Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On July 12, 2021, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by email on the service list attached hereto as Exhibit A and by first class mail on the service list attached hereto as Exhibit B:

| | | |
|---|---|---|
| 07/12/2021 | 6 | Request of US Trustee to Schedule Section 341 Meeting of Creditors *for August 4, 2021, at 1:00 p.m. (ET)* Filed by U.S. Trustee. (Hackman, Benjamin) (Entered: 07/12/2021) |
| 07/12/2021 | 7 | The upcoming 341(a) meeting is scheduled to be held by phone. Please call *1-866-621-1355* and use access code *7178157* to join the meeting. Filed by U.S. Trustee. (Hackman, Benjamin) (Entered: 07/12/2021) |

X _____
Jesse Blevins

Dated: July 13, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 13th day of July 2021, by Jesse Blevins, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

GENE MATTHEWS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 14th, 2022

# EXHIBIT A

## Service List

**VIA ELECTRONIC MAIL**

ADM Milling Co.
Tyler Beals
P.O. Box 487
Buffalo, NY 14240
tyler.beals@adm.com

Budderfly, LLC
Kathleen LaManna
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
klamanna@goodwin.com

Bunge Loders Croklaan
Greg Zemaitis
P.O. Box 751594
Charlotte, NC 28275
Greg.zemaitis@bunge.com

Choptank Transport
Marcia Wood
P.O. Box 99
Preston, MD 21655
Marcia.wood@choptanktransport.com

Coyote Logistics, LLC
Becker & Zowine, LLC
jbecker@beckerzowine.com
P.O. Box 742636
Atlanta, GA
froberts@c2cresources.com

Darifair Foods, Inc.
Bill Block
4131 Sunbeam Road
Jacksonville, FL 32257
bblock@darifair.com

Goldstein & McClintock LLP
Maria Aprile Sawczuk, Esq.
501 Silverside Road, Suite 65
Wilimgton, DE 19809
marias@goldmclaw.com

Goldstein & McClintock LLP
Harley J. Goldstein, Esq.
111 W. Washington Street, Suite 1221
Chicago, IL 60602
harleyg@restructuringshop.com

Jim Lines & Associates, LLC
Jim Lines
8557 Bash St.
Suite 208
Indianapolis, IN 46250
jimlines@jlabakerysolutions.com

Lineage Freight Management LLC
Rashid Abdur-Rahim
P.O. Box 101634
Pasadena, CA 91189
rrahim@lineagelogistics.com

Linebarger Goggan Blair & Sampson, LLP
John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@lgbs.com

Morris Nicholas Arsht & Tunnell
Robert J. Dehney
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
rdehney@morrisnichols.com

Morris Nicholas Arsht & Tunnell
Matthew B. Harvey
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
mharvey@morrisnichols.com

Morris Nicholas Arsht & Tunnell
Paige N. Topper
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
ptopper@morrisnichols.com

## Service List

Newburg Egg Corp
Cheskel Goldstein
17 Novogrodsky Road
P.O. Box 175
Woodridge, NY 12789
Cheskel@newburgegg.com

Pawson Park LLC
Stephen Kutenplon, Esq.
2 Wakefield Rd.
Brandford, CT 06405
SKutenplon@tbhr-law.com

Peterson Farms
Kevin Knight
P.O. Box 115
Shelby, MI 49455
kknight@petersonfarmsinc.com

Robbins, Salomon & Patt, Ltd.
Laurie A. Martin Montplaisir
180 N. LaSalle Blvd
Chicago, IL 60601
lmontplaisir@rsplaw.com

Staffing 360 Solutions Inc.
Frank Roberts
P.O. Box 412554
Boston, MA 02241
froberts@c2resources.com

Steadfast Staffing, LLC
Ted Mannello
P.O. Box 75343
Chicago, IL 60675
tmannello@steadfaststaffing.net

Sweet New England Co. Inc.
Kimberley Groberski
P.O. Box 419341
Boston, MA 02241
k.groberski.collect@atradius.com

The Bakery Connection
Michael H. Myers
131 Oak Street
Glastonbury, CT 06033
mikemyers@bakeryconnection.com

The Program
Olivia Charles
P.O. Box 278
Fogelsville, PA 18051
olivia@profruit.com

Total Quality Logistics
Kelly A. Pierrro
P.O. Box 634558
Cincinnati, OH 45263
kpierro@tql.com

Unicorr Packagining Group
Bernard F. Baszak
4282 Paysphere Circle
Chicago, IL 60674
bbaszak@unicorr.com

United States Department of Justice
Benjamin A. Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207 Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

Waddington North America, Inc.
Mike McNeil
P.O. Box 639592
Cincinnati, OH 45263
mike.mcneil@novolex.com

PACA Eastern Regional Office
Fair Trade Practices Program
100 Riverside Parkway, Ste. 101
Fredericksburg, VA 22406
pacaeast@ams.usda.gov

## Service List

Siegel Egg Co.
David McCool
512 Broadway
Everett, MA 02149
david@davidmccoollaw.com

Salem Heights, LLC
Ray Ganim, Esq.
2620 Nichols Avenue
Stratford, CT 06614
ray@ganimlaw.com

RC Fuller Inc.
Bill Fuller
1415 Kellum Place, Ste. 207
Garden City, NY 11530
bill@rcfuller.com

Chase Pecan
Randall Robinson
2803 West Wallace
San Saba, TX 76877
randall@randallrobinsonlaw.com
sansabalaw@gmail.com

# Exhibit B

A-C Motor Express
339-C Bliss Street W.
Springfield, MA  01089

A.R Fonda Mechanical Services LLC
PO Box 185803
Hamden CT 06518

Abel Womack
PO Box 846031
Boston, MA  02284-6031

ADM Corn Processing Division
PO Box 95202
Grapevine, TX 76099-9752

ADM Milling Co.
PO Box 487
Buffalo, NY 14240 USA

Alex C. Fergusson, LLC/ AFCO ZEP
Lockbox 17319
Palatine IL 60055-7319

Affinity Sales & Marketing
2928 Walden Avenue
Depew, NY  14043

Aflac Insurance
1932 Wynnton Road
Columbus, GA 31999

Agincourt Capital Partners, LLC
P.O. Box 1453
Millbrook, NY  12545

Ahold Financial Services
3213 Paysphere Circle
Chicago, IL  60674

Airgas USA, LLC
PO Box 734445
Chicago IL 60673-4445

All American Waste
PO Box 630
East Windsor, CT 06088

Allegiance Retail Services
485 Rte. 1 South Bldg D
Suite 420
Iselin, NJ 08830

Alliant Food Safety Labs
1810 New Britain Avenue
Farmington, CT 06032

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American International Foods Inc.
8066 Fulton St E.
Ada MI 49301

American Key Foods Products, LLC
1 Reuten Drive
Closter, NJ 07624 USA

Andreucci Trucking Inc.
77 Sackett Point Road
North Haven, CT 06473

Angel Equipment LLC
1941 Johns Drive
Glenview, IL 60025

Arbon Equipment Corp.
25464 Network Place
Chicago, IL 60673-1254

Arctic Air Inc.
P.O.BOX 176
Beacon Falls, CT 06403

Axle Logistics, LLC
835 N. Central Street
Knoxville TN 37917

BA Carlson Trading Corp
101 Village Square Plaza
Suite 2  2nd Floor
Somers NY 10589

Bake Mark USA  LLC
PO Box 102566
Pasadena CA 91189-2566

Bazzini LLC
1035 Mill Rd.
Allentown, PA 18106

BDI
P.O. Box 6286
Cleveland, OH 44194

Bedemco, Inc
3 Barker Avenue
Suite 325
White Plains, NY 10601

Bender Plumbing
P.O. Box 8475
New Haven, CT 06530-0475

Best Temps
PO Box 512
Redding Ridge, CT  06876

Big Y Foods, Inc.
P.O. Box 3050
Springfield, MA  01102-3050

Bjorkman Industrial Power Corp.
70 Finnell Drive
Weymouth, MA  02188

Bozzuto's Inc.
Schoolhouse Road
Cheshire, CT  06410

Budderfly LLC
2 Trap Falls Road, Suite 310
Shelton, CT  06484

Bunge Loders Croklaan
P.O. Box 751594
Charlotte, NC  28275

Bunge Oils, Inc.
2612 Solution Center
Chicago, IL 60677

Bunzl Mid Atlantic
PO Box 402337
Atlanta GA 30384

Burris Logistics
PO Box 536071
Pittsburgh, PA 15253-5902

C.H. Robinson Company, Inc.
P.O. Box 9121
Minneapolis, MN 55480-9121

Cambridge International, Inc.
P.O. Box 74754
Chicago, IL 60694-4754

Cargill Incorporated
PO Box 415927
Boston MA 02241-5927 USA

Choptank Transport
PO Box 99
Preston, MD 21655

Chase Pecan
2803 West Wallace
San Saba, TX 76877 USA

Cintas Corporation
#701 P.O. Box 630803
Cincinnati, OH 45263-0803

Comcast
PO Box 8587
Philadelphia, PA  19101-8587

Comcast
PO Box 70219
Philadelphia, PA  19176-0219

Complete Labor and Staffing
25 Nashua Rd
Unit E-3
Londonderry NH 03053

Concord Foods, Inc.
10 Minuteman Way
Brockton, MA 02301

Coyote Logistics, LLC
PO  Box 742636
Atlanta, GA 30374-2636

CPA Recruitment, Inc.
3430 South Service Road
Suite 205
Burlington, ON  L7N 3T9

Creative Food Ingredients, Inc.
1 Lincoln Ave.
Perry, NY 14530

Creme's Unlimited Inc.
39633 Treasury Center
Chicago, IL 60694-9600

Custom Recycling Inc.
85 Defco Park Road
North Haven, CT  06473

D&H Marketing, Inc.
PO Box 1229
Burgaw, NC  28425

D&W Fine Pack LLC
PO Box 203210
Dallas, TX 75320-3210

Daniel A. Nunez
236 Wheelers Farms Road
Milford CT 06461

Daniel Zarnik
465 Shelton Road
Trumbull CT 06611

Darifair
4131 Sunbeam Road
Jacksonville, FL 32257 USA

Dawn Food Products
P.O. 12465
Newark, NJ 07101-3444

DeLage Landen Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602

Direct Energy Services, LLC
PO Box 32179
New York, NY 10087-2179

Display Pack
650 West Street
Cedar Springs, MI 49319 USA

Division of Agriculture, The Univ of Ark
Attn:Business Office
2301 S. University Avenue
Little Rock, AR 72204

DOL OSHA
Occupational Safety and Health Admin.
915 Lafayette Blvd., Rm 309
Bridgeport, CT 06604

E.T. Oakes
686 Old Willets Path
Hauppauge, NY  11788-4102

Eagle Leasing Company
PO Box 923
Orange, CT  06477

Eagle Product Inspection LLC
1571 Northpointe Parkway
Lutz FL 33558

Echo Global Logistics Inc.
Accounts Receivable
22168 Network Place
Chicago, IL 60673-1221

Elm City Ice Company, LLC
PO Box 8845
New Haven, CT  06532

Essex Grain Products
Essex Food Ingredients
P.O. BOX 824208
Philadelphia, PA 19182-4208

Etter Engineering Company
210 Century Drive
Bristol, CT 06010

US Electrical Services, Inc.
PO Box 412485
Boston MA 02241-2485

Expert Staffing
120 Stafford Street
Worcester MA 01603

Fairbanks Scales, Inc.
P.O. Box 419655
Kansas City, MO  64121-9655

Fire Protection Extinguishers, LLC
1701 Highland Ave.
Cheshire, CT 06410

Fire Protection Extinguishers, Inc.
1701 Highland Ave. #4
Cheshire, CT  06410

Flavorchem
1525 Brook Drive
Downers Grove, IL 60515

Focus Sales
74 Allison Way
East Haven, CT 06512

Frontier Brokerage.
PO Box 776111
Chicago, IL 60677-6111

Global Seal Corp.
2609 Oak Street
Santa Ana, CA 92707 USA

Goody's Hardware and Paint, LLC
540 Main St.
East Haven, CT 06512

W.W. Grainger, Inc.
Dept. 092 – 846465334
Palatine, IL  60038 0001

Graybar Electric Company, Inc.
PO Box 414426
Boston, MA  02241-4426

H & M Bay, Inc.
P.O. Box 418578
Boston, MA  02241-8578

Hartford Freezers
P.O. Box 7745
New Bedford, MA  02742-7745

HG Steinmetz Machine Works Inc.
2 Turnage Lane
Bethel, CT 06801-2853 USA

Hinds-Bock
2122 - 22nd Street S.E.
Bothel, WA 98021-4430 USA

The Hoffman Press
30 Printer's Lane
New Haven, CT 6519

Holton Food Products Company
500 West Burlington Avenue
LaGrange, IL 60525

Honda Lease Trust Violations Processing Center
PO Box 15186
Albany NY 12212-5186

Hudson Electric & Building Services L.L.C
594 Route 148
Killingsworth, CT 06419

IJ White Systems
20 Executive Boulevard
Farmingdale, NY 11735 USA

Imondi Eggs
Imondi Foods
104 Hay Street
West Warwick, RI 02893

Focus Sales & Marketing, Inc.
620 Enterprise Drive
Oak Brook, IL  60523

Ink Jet Tech, Inc.
51 South Shore Drive
Sturbridge, MA 01566

Integrity Express Logistics
62488 Collections Center Drive
Chicago, IL  60693-0624

International Bakers Services, Inc.
1902 N. Sheridan Avenue
South Bend IN 46628-1592

Interstate Warehousing Dept 78743
PO Box 78000
Detroit MI 48278-0743

IPFS Corporation
PO Box 100391
Pasadena CA 91189-0391

J & J Pecan
1439 Whisper Mountian
San Antonio, TX 78258

J Anthony Express Inc
PO Box 246
Swansea MA 02777-0246

Jim Lines & Associates
10508 Chestnut Hill
Circle Fishers, IN  46037

JJ Machines LLC
86 Cain Drive
Brentwood, NY 11717 USA

Jim Lines & Associates, LLC
8557 Bash St
Suite 208
Indianapolis, IN 46250

Jokey Plastics North America Inc.
Jokey Plastic North America, Inc.
150 Mitchell Street
Goderich , ON N7A 3XA
Canada

Joseph Mandrillo
5303 Willow Ridge Dr
Summerfield NC 27358-7814

Joseph Thompson
62 Lake Amenia Road
Amenia NY 12501

JSO Associates Inc
PO Box 844680
Boston MA 02284-4680

Kaman Ind. Technologies
P.O. Box 74566
Chicago IL 60696-4566

KB Ingredients
850 Clark Drive
Budd Lake, NJ 7828

Key Container Corp.
P.O. Box 2370
21 Campbell Street
Pawtucket, RI 02861-2370 USA

Key Food
1200 South Avenue
Suite 103
Staten Island, NY  10314

Keymac Packaging Systems USA
8301-I Arrowhead Blvd.
Charlotte NC 28273

Keystone Paper & Box Company, Inc.
31 Edwin Road
South Windsor, CT 06074 USA

Larry Fox
50 Broad St.
Apartment 21
Milford CT 06460

Lars Services Inc.
PO Box 215
Swansea MA 02777-0246

Lawrence Foods
2200 Lunt Avenue
Elk Grove Village, IL 60007

Lechler, Inc.
445 Kautz Road
St. Charles, IL 60174-5301 USA

Lineage Logistics PFS, LLC
Westfield 45 Campanelli Drive
Westfield MA 01085

The Loomis Company
PO Box 14354
Reading, PA 19612-4354

Malnove, Inc.
1050 Canada Drive
Jacksonville, FL 32218 USA

Markem-Image Corp
PO Box 3542
Boston, MA 02241

McGinley Adhesives Inc.
PO Box 150
Midland Park NJ 07432

MegaCorp Logistics
P.O. Box 1050
Wrightsville Beach, NC 28480

Lineage Freight Management LLC
PO Box 101634
Pasadena, CA 91189-1634

Lineage Logistics LLC
27626 Network Place
Chicago IL 60673-1276

Navitas Credit Corp. Fishbowl - Lease
303 Fellowship Rd #310
Mt Laurel Township, NJ 08054

Nellie & Joe's
450 SW 12 AVE
Pompano Beach, FL 33069

New England Flour
1 Huntington Quadrangle Suite 1C04
Melville NY 11747

Newburg Egg Corp
17 Novogrodsky Road
PO Box 175
Woodridge, NY 12789

Novacart USA, Inc.
P.O. Box 70579
Point Richmond, CA 94807

OLAM AMERICAS INC.
P.O. Box 731254
Dallas, TX 75373-1254

Pacific Packaging Products, Inc.
P.O. Box 697
Wilmington, MA 01887

Pactiv
29935 Network Place
Chicago, IL 60673-1299

Pawson Park LLC
2 Wakefield Rd.
Branford, CT 06405

Peak Foods LLC
#774146
4146 Solutions Center
Chicago, IL 60677-4001

Peakstone
445 N. Wells Street Suite 404
Chicago, IL 60654

Penske Truck Leasing
P.O. Box 827380
Philadelphia, PA 19182-7380

Peterson Farms
PO Box 115
Shelby MI 49455

pinnPack Packaging
1151 Pacific Ave.
Oxnard, CA 93033 USA

Prism Office Solutions
75 School Ground Road
Branford CT 06405

Pro Plumbing and Drain Service LLC
245 Paradise Ave.
Hamden, CT 06514 USA

ProLabel
4840 Hammond Industrial Drive
Cumming, GA 30041 USA

Pullman & Comley LLC
850 Main Street
PO Box 7006
Bridgeport, CT 06601-7006

Q.P Equipment LLC
205 Water St.
Derby CT 06418

R&R Corrugated Packaging
360 Minor Road
Bristol, CT 06010 USA

R. C. Fuller
P.O. Box 138
Garden City, NY 11530-0138

R. G. Sellers Company
3185 Elbee Road
Dayton, OH 45439-1919

Raymond Leasing Corp.
PO Box 301590
Dallas, TX  75303-1590

Refrig-It Warehouse
80 Campus Dr S.
Kearny NJ 07032

Regents Capital Corporation
3200 Bristol Street, Suite 400
Costa Mesa, CA  92626

Regional Water Authority
90 Sargent Drive
New Haven, CT  06511-5966

Restaurant Depot
181 Marsh Hill Road
Orange, CT 06477 USA

Revere Packaging, LLC
PO Box 679063
Dallas TX 75267

Rexel of America, LLC
PO Box 417803
Boston, MA 02241-7803

Richard Hiciano
2866 Kings Bridge
Terrace Bronx NY 10463

RK Environmental Services, LLC.
768 Carver Avenue
Westwood, NJ 07675

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

Russ Kupiec
23 Gunpowder Road
Glen Arm, MD 21057

Russell Hall
P.O. Box 734
North George Street
Meriden, CT 06450 USA

Salem Heights, LLC
323 North Avenue
Bridgeport, CT 06606

Saybrook Corporate Opptunity Funds
11400 W. Olympic Blvd., Suite 1400
Los Angeles, CA 90064

Schiff Food Products Co. Inc
994 Riverview Drive
Totowa, NJ 07512-1129

Schwans Global
SFC Global Supply Chain, Inc.
PO Box 860544
Minneapolis, MN 55486-0544

SCS Systems, LLC
24 Brookfield Road
East Haven, CT 06512

Sensient Colors
2515 Jefferson Ave.
St. Louis, MO 63106 USA

Siegel Egg Co.
90 Salem Road N.
Billerica, MA 01821

Silliker, Inc
3155 Paysphere Circle
Chicago IL 60674

Soft Designs, Inc.
800 Village Walk, Suite 328
Guilford, CT 06437

Source One Packaging LLC
20 Commerce Drive
PO Box 13236
Hauppauge, NY 11788

Southern Connecticut Gas
P.O. Box 9112
Chelsea, MA 02150-9112

Sparks
Five Spelman Road
Fairfield, NJ 07004 USA

Sparrow Enterprises LTD
98R Condor Street East
Boston, MA  02128

Speciality Packaging
47 Leggett Street East
Hartford, CT 06108 USA

SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320-5782

Monroe Staffing
PO 412554
Boston, MA  02241-2554

Stahlbush Island Farms, Inc.
3122 SE Stahlbush Island Road
Corvallis, OR 97333 USA

Stanpak
22 Acorn Road
Branford, CT  06405

Staples Advantage
PO Box 70242
Philadelphia PA 19176-0242

Steadfast Staffing Solutions, LLC
PO 75343
Chicago, IL 60675-5343

STONHARD
PO Box 931947
Cleveland, OH 44193 USA

Stratas Foods LLC
PO Box 11407
Birmingham, AL 35246-2477

Sunteck Transport
PO Box 536665
Pittsburgh PA 15253-5908

Sweet New England Co. Inc.
P.O. Box 419341
Boston, MA 02241-9341

The Bakery Connection
131 Oak Street
Glastonbury, CT 06033

The Hartford
P.O.Box 660916
Dallas, TX  75266-0616

The Hope Group
700 Bedford Road
P.O. Box 840
Northborough, MA 01532-0840 USA

The Program
P.O. Box 278
Fogelsville, PA 18051

Thomas Kores
101 Hemlock Drive
Killingworth, CT  06419

Thurston Foods
30 Thurston Drive
Wallingford, CT 06492

Ingredion
P.O. Box 409882
Atlanta, GA  30384-9882

TORRCO
PO BOX 2838
Waterbury, CT 06723-2838

Total Quality Logistics
PO Box 634558
Cincinnati, OH  45263-4558

Traffic Tech, Inc.
111 E. Wacker Drive, Suite 2500
Chicago IL 60601

Tricom Systems, Inc.
23 Gulf Street
Milford, CT 06460

U.S Compliance Corporation
520 3rd Street, Suite 100
Excelsior, MN 55331-1928

U.S. Premium Finance
PO Box 630035
Cincinnati, OH  45263-0035

ULINE
PO Box 88741
Chicago, IL 60680-1741

Unicorr Packaging Group
4282 Paysphere Circle
Chicago, IL 60674

United Dairy Machinery Corp.
301 Meyer Road
P.O. Box 257
Buffalo, NY 14224 USA

UPI (Universal Preserv- A - Chem, Inc.)
2390 Park Center Drive
Mebane, NC 27302 USA

UPAC2
7605 Quail Ridge Trail
Greenfield, MN 55373

Van Amerongen & Son Inc.
14 Bowell Street
Simcoe, Ontario N3Y 4K2
CANADA

Veritiv Operating Company
Veritiv-Enfield
7472 Collection Center
Drive Chicago IL 60693

Virginia Dare Extract Co., Inc.
882 Third Avenue
Brooklyn, NY 11232

Waddington North America, Inc.
P.O. Box 639592
Cincinnati, OH 45263-9592 USA

Water Pollution Authority
PO Box 150486
Hartford, CT 06115

WebstaurantStore
40 Citation Lane
Litiz, PA 17543 USA

West River Property Management Co. LLC
7 Ford Rd.
Woodbridge CT 06525

Woodland Foods LTD
P.O. Box 71852
Chicago, IL 60694-1852

Something Sweet, Inc.
P.O. Box 8238
New Haven, CT 06530

Accord Financial, Inc.
P.O. Box 6704
Greenville, SC 29606