IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>SOMETHING SWEET ACQUISITION, INC. <br><br>Debtor. | Chapter 11 <br><br>Case No. 21-10992 (CSS) <br><br>**Re: Docket No. 3** |
| In re: <br><br>SOMETHING SWEET, INC. <br><br>Debtor. | Chapter 11 <br><br>Case No. 21-10993 (CSS) <br><br>**Re: Docket No. 5** |

**ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b)**

Upon the motion (the "Motion")[1] of. Something Sweet Acquisition Inc., and Something Sweet, Inc., as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes pursuant to Bankruptcy Rule 1015(b), as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases.

4. The caption of the jointly administered cases shall read as follows:

| In re: | Chapter 11 |
|---|---|
| SOMETHING SWEET ACQUISITION, INC., *et al.*,[1] | Case No. 21-10992 (CSS) |
| Debtors. | (Jointly Administered) |

5. A docket entry shall be made in each of the above-captioned chapter 11 cases (except the chapter 11 case of Something Sweet Acquisition, Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Something Sweet, Inc. and Something Sweet Acquisition, Inc. The docket in Case No. 21-10992 (CSS) should be consulted for all matters affecting this case.

---

[1] The names and last four digits of the tax identification numbers for each of the Debtors are as follows: Something Sweet Acquisition, Inc. (1256) and Something Sweet, Inc. (8621).

6. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: July 15th, 2021
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE